**DISMISS and Opinion Filed January 30, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01159-CV

## IN THE INTEREST OF G.B., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-08410-U**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Pedersen, III

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard October 28, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated October 28, 2022, we notified appellant the docketing statement was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal. On December 30, 2022, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide,

within ten days, verification she had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE


221159F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF G.B., A
CHILD

No. 05-22-01159-CV

On Appeal from the 302nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-21-08410-
U.
Opinion delivered by Justice
Pedersen, III. Justices Goldstein and
Smith participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered January 30, 2023